# EXHIBIT A



**Weisbrod
Matteis
& Copley**

Weisbrod Matteis & Copley PLLC
1200 New Hampshire Avenue, NW
Suite 600
Washington, DC 20036

202 499 7900

www.wmclaw.com

Stephen A. Weisbrod
Direct Dial: 202-499-7909
sweisbrod@wmclaw.com

May 1, 2018

**By Email**

George Heckler
P.O. Box 22084
Charleston, SC 29413



Re:    Engagement of Weisbrod Matteis & Copley PLLC

Dear Mr. Heckler,

We are pleased that LS1 LLC ("LS1) and you personally ("Heckler") (collectively, "Clients") have decided to retain Weisbrod Matteis & Copley PLLC ("WMC" or the "Firm") to provide legal services. This letter will confirm our agreement as to the scope and nature of the legal services to be provided pursuant to this engagement, as well as the basis on which the Firm's fees and related expenses will be charged.

**Scope of Representation**



George Heckler
May 1, 2018
Page 2 of 5

████████████████████████████████████████████████████

**Fees and Expenses**

████████████████████████████████████████████████████

**Consent to Joint Representation; Waiver of Conflicts Potentially Arising from Same**

████████████████████████████████████████████████████

George Heckler
May 1, 2018
Page 3 of 5



**<u>General Waiver of Conflicts with Respect to Unrelated Representations</u>**

George Heckler
May 1, 2018
Page 4 of 5

### Client Confidences

WMC holds the communications of all current and former clients (including Clients) in the strictest confidence. Clients agree that they will not have any right to access the confidences and secrets of WMC's other clients.

### Dispute Resolution

In the unlikely event of a disagreement between Clients and WMC, we would desire to resolve the disagreement through amicable informal discussion. Unfortunately, such disputes cannot always be resolved in that way. Our experience is that, in such situations, it would be in the interest of both WMC and Clients that the dispute be resolved outside of court through binding arbitration. WMC and Clients hereby agree that any and all disputes arising pursuant to any of the terms of this Agreement, or relating in any manner to services provided by WMC to Clients, that cannot be resolved in a reasonable time through informal discussion shall be submitted to binding confidential arbitration before a single JAMS arbitrator in Washington, D.C. This agreement is governed by the law of Washington, D.C.

### Termination



\*    \*    \*

George Heckler
May 1, 2018
Page 5 of 5

Please indicate Clients' agreement to the terms above by signing below and returning an executed copy of this letter to me. We are pleased to have this opportunity to represent you and look forward to working with you.

Sincerely,

Stephen A. Weisbrod

**AGREED TO AND ACCEPTED BY:**

**George Heckler**

_____          5/7/18
                                            Date

**LS1 LLC**

_____          5/7/18,
By: George Heckler                          Date